UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GARY LEE WILLIAMS, Inmate 809075

    Plaintiff,

v.                                                    Case No:  2:13-cv-315-Ftm-99SPC

VICKIE LANGFORD, CHUCK SEXTON,
DONALD A. LEAVINS, WILLIAM
BAYSAH, ROBERT KALTER and
BERNARD MOUNT,

    Defendants.
_____/

## ORDER

This matter comes before the Court sua sponte filed on May 1, 2013.  On April 30, 2013 a Related Case Order and Designation of Track 2 Notice (Doc. #7) and Interested Persons Order (Doc. #8) were entered in the instant case.  However, upon review, the case should be tracked as a Track One. Therefore, the Track 2 Notice and Interested Persons Order are vacated as indicated below. Accordingly, it is now

**ORDERED:**

The Related Case Order and Designation of Track 2 Notice (Doc. #7) and Interested Persons Order (Doc. #8) are **VACATED**.  A Related Case Order and Track One Notice will be issued under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of May, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record